UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASEEM MIKKI,<br><br>                          Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL, COMMISSION OF SOCIAL SECURITY ADMINISTRATION,<br><br>                          Defendant. | Case No.: 17cv1103-GPC(MDD)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS** |

     On May 31, 2017, Plaintiff Naseem Mikki ("Plaintiff"), proceeding with counsel, filed a motion to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a). (Dkt. No. 2.) All proceedings filed with the District Court require a filing fee unless the Court grants IFP status, waiving the fee. Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999). Under 28 U.S.C. § 1915(a), the Court may waive the filing fee if a party demonstrates an inability to pay by submitting an affidavit reporting all assets of the individual. 28 U.S.C. § 1915(a).

     Here, Plaintiff submitted a declaration reporting that he is not presently employed and that he has never worked. (Dkt. No. 2 at 3.) He does not receive any money, does not have any banking accounts, does not own an automobile, does not own any property,

| | |
|---|---|
| 1 | and does not have any debts. (Id. at 3-4.) He states that he lives with his mother who |
| 2 | helps with his everyday expenses. (Id. at 4.) |

In consideration of Plaintiff's application, Plaintiff has sufficiently demonstrated that he is unable to pay the required filing fee and meets the requirements to proceed IFP. Therefore, the Court **GRANTS** Plaintiff's motion to proceed IFP.

IT IS SO ORDERED.

Dated: June 13, 2017

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge